UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD DUPREE GRISSOM, | No. 2:24-cv-00926 SCR P |
| Plaintiff, | |
| v. | ORDER |
| STEFANIE KEENAN, et al., | |
| Defendants. | |

Plaintiff is a state inmate proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. By order filed April 22, 2025, plaintiff's complaint was screened and he was given the option of filing a first amended complaint or proceeding immediately on cognizable claims only. (ECF No. 12.) Plaintiff has now notified the court that he would like to file an amended complaint. (ECF No. 15.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the screening order dated April 22, 2025. (ECF No. 12.) If plaintiff fails to file an amended complaint, the case will proceed on the Eighth Amendment claims against defendants Meadows and Keenan in their individual capacities for damages only and the undersigned will direct service on defendants Meadows and Keenan.

/////

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: June 2, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE