UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD DUPREE GRISSOM,<br><br>  Plaintiff,<br><br>  v.<br><br>STEFANIE KEENAN, et al.,<br><br>  Defendants. | No.  2:24-cv-0926  DJC SCR P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 6, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 19.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations (ECF No. 19) are adopted in full; and

1

2.  Plaintiff's official capacity Eighth Amendment claims for damages is dismissed with prejudice as barred by the Eleventh Amendment;

3. Plaintiff's request for injunctive relief is dismissed without prejudice as moot;

4. This matter proceeds as to Plaintiff's Eighth Amendment conditions of confinement claims against Defendants Keenan, Meadows, and Davenport in their individual capacities for damages only; and

5. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:  **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Gris0926.800

2